No. 542. WESTERN UNION TELEGRAPH COMPANY *v.* GEORGE M. BROWN, EXECUTOR, ETC., ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr.*

*Rush Taggart* and *Mr. Beverly L. Hodghead* for petitioner. *Mr. William J. Hunsaker* and *Mr. E. W. Britt* for respondents.

---

